[Cite as *03/09/2004 Case Announcements #2*, 2004-Ohio-1055.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *March 9, 2004*

### MOTION AND PROCEDURAL RULINGS

**1989–0310.   State v. Wickline.**

Franklin App. No. 87AP–46. By entry filed December 24, 2003, this court ordered that appellant's sentence be carried into execution on Tuesday, the 30th day of March, 2004. In order to facilitate this court's timely consideration of any matters relating to the execution of appellant's sentence,

IT IS ORDERED by the court that the Chief Justice may suspend application of any provisions of the Rules of Practice of the Supreme Court, including, but not limited to, the filing requirements imposed by S.Ct.Prac.R. XIV(1).

IT IS FURTHER ORDERED by the court that service of documents as required by S.Ct.Prac.R. XIV(2) shall be personal or by facsimile transmission.

IT IS FURTHER ORDERED by the court that counsel of record for the parties shall supply this court with a copy of any document relating to this matter that is filed in, or issued by, any other court in this state or any federal court, as well as any communication, pardon, or warrant of reprieve issued by the Governor. A copy of the document shall be delivered to the Office of the Clerk as soon as possible, either personally or by facsimile transmission.

[Cite as *03/11/2004 Case Announcements*, 2004-Ohio-1093.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *March 11, 2004*

### MOTION AND PROCEDURAL RULINGS

**2003–0899.   State v. Moody.**

Champaign App. No. 2002 CA 13, 2003-Ohio-1566. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Champaign County. Upon consideration of appellee's motion for order appointing new appellate counsel,

IT IS ORDERED by the court, sua sponte, that this matter be remanded to the court of appeals for appointment of counsel.

IT IS FURTHER ORDERED by the court that appointed counsel shall file a copy of the court of appeals' entry of appointment with the Clerk of this court.

IT IS FURTHER ORDERED by the court that appellee's brief shall be due 30 days from the date the court of appeals issues the order of appointment of counsel.